## Lawndale National Bank, Trustee, Appellee, v. Hawthorne Roofing Tile Company et al. Anna F. Carlson, Appellant.

Gen. No. 41,698.

Heard in first division, first district, this court at April term, 1941; opinion filed June 30, 1941. De Witt B. Bayer, for appellant; Kerner, Jaros & Tittle and Baumann & Laux, for appellee. Opinion by JUSTICE O'CONNOR. "Not to be published in full."